# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CORNELIUS CALDWELL,

    Plaintiff,

v.                                                                              Case No: 8:14-cv-2167-T-30AEP

CHRIS NOCCO and GENE SMITH,

    Defendants.

## ORDER

THIS CAUSE is before the Court on Defendants' Motions in Limine (Dkts. 34 and 37) and Plaintiff's Responses. On January 12, 2016, the Court conducted a pre-trial conference and heard oral argument on the motions. For the reasons stated on the record, the Motions in Limine are granted in part and denied in part as follows:

1. Request to exclude evidence of breathalyzer and urinalysis results conducted after Plaintiff's arrest.

As stated on the record, the Eleventh Circuit has held that "breath test[s] and urinalysis tests are irrelevant to the question of whether a Fourth Amendment violation occurred" in a false arrest case. *Brienza v. Gee*, 307 F. App'x 352, 354 (11th Cir. 2009). Consistent with this precedent, the request is granted.

2. Request to exclude evidence that the State of Florida later reduced the DUI charges against Plaintiff to careless driving and that Deputy Smith failed to appear at a court hearing related to that reduced charge.

As stated on the record, the request is granted.

3. Request to exclude mention of past DUI or driving-while-impaired arrests performed by Deputy Gene Smith.

As stated on the record, if used properly as impeachment, the request is denied.

4. Request to exclude as evidence of damages Plaintiff's attorney's fees incurred in the criminal case against him.

As stated on the record, and consistent with the law in this circuit and Florida state law, the request is granted. *See Hungerford v. Gainesville Police Dept.*, No. 1:15cv93-WS-GRJ, 2015 WL 3999153, *3 (N.D. Fla. July 1, 2015); *City of St. Petersburg v. Hackman*, 672 So. 2d 42, 44 (Fla. 2d DCA 1996).

5. Request to exclude evidence of Pasco County Sheriff's Office general orders on arrest procedures and driving under the influence.

As stated on the record, the request is denied.

6. Request to exclude evidence of Deputy Gene Smith's performance reviews and transfer requests.

As stated on the record, the request is granted.

It is therefore **ORDERED** and **ADJUDGED** that Defendants' Motions in Limine (Dkts. 34 and 37) are granted in part and denied in part as stated herein.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of January, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record